# Third District Court of Appeal

## State of Florida

Opinion filed September 6, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1741
Lower Tribunal No. 19-12460

_____

**Paul Suellentrop,**
Appellant,

vs.

**Community Asphalt Corp., etc.,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Robert S. Norell, P.A., and Robert S. Norell (Plantation); Fischler & Friedman, P.A., and Howard S. Friedman (Fort Lauderdale), for appellant.

Jackson Lewis P.C., and Pedro Forment, Paul Penichet, and Ranjiv Sondhi, for appellee.


Before LOGUE, C.J., and HENDON and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Giovo v. McDonald</u>, 791 So. 2d 38, 40 (Fla. 2d DCA 2001) (stating that an agreement must contain all the essential terms of the agreement to be valid).